[No. 42284-7-I.    Division One.    April 19, 1999.]

FERN WALDEN, *Appellant*, v. UNIROYAL INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-18908-1, Richard D. Eadie, J., entered December 16, 1997. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Ellington and Appelwick, JJ.

[No. 42334-7-I.    Division One.    April 19, 1999.]

DAVID A. ELLIS, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-24592-5, William L. Downing, J., entered January 23, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

[No. 42339-8-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN L. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01932-6, Kathryn E. Trumbull, J., entered February 25, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42366-5-I.    Division One.    April 19, 1999.]

*In the Matter of the Marriage of* JUDI KUEMPEL, *Respondent*, and WILLIAM KUEMPEL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-3-00016-6, David F. Hulbert, J., entered February 17, 1998. *Affirmed* by unpublished per curiam opinion.